

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00292-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

**C-5 HOLDINGS, LLC** and Stone Oak Storage Partners, Ltd.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23191
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion on rehearing of this date, the memorandum opinion and judgment issued by this court on May 25, 2022 are WITHDRAWN. The appellees' motion to dismiss is DENIED. The trial court's order denying Texas Department of Transportation's motion for summary judgment is REVERSED, and judgment is RENDERED in favor of the Texas Department of Transportation on appellees C-5 Holdings, LLC's and Stone Oak Storage Partners, Ltd.'s inverse condemnation claims, nuisance claims, and promissory estoppel claims. Because claims and parties remain pending before the trial court, the cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against the appellees C-5 Holdings, LLC and Stone Oak Storage Partners, Ltd.

SIGNED October 18, 2023.

Irene Rios, Justice